UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                              :
BARTANG BANK AND TRUST CO.,                   :
AVENIL LTD. and TIMBRE INVESTMENT             :
HOLDINGS LTD.,                                :
                                              :   Index No.
                                              :
                      Plaintiffs,             :
                                              :
                                              :
           -v-                                :   Rule 7.1 Statement
                                              :
KIRILL PERCY, LENARD PERCY,                   :
JOSEPHINE PERCY, BENNY CAIOLA                 :
JACK ROSENTHAL, EDWARD MERMELSTEIN,           :
GARY COHEN, SCHISSEL & COHEN, C.P.A. and      :
PROGRESSIVE REAL ESTATE LLC,                  :
                                              :
                      Defendants.             :
                                              :
-------------------------------------------------------------------

          PURSUANT TO RULE 7.1 OF THE LOCAL RULES OF THE U.S.

DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICT OF NEW

YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT

TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE

UNDERSIGNED COUNSEL FOR PLAINTIFFS, BARTANG BANK AND TRUST

CO., AVENIL LTD. AND TIMBRE INVESTMENT HOLDINGS LTD (PRIVATE

NON-GOVERNMENTAL PARTIES), CERTIFIES THAT THE FOLLOWING ARE

CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY

WHICH ARE PUBLICLY HELD.

          THERE ARE NO PARENTS, AFFILIATES OR SUBSIDIARIES
          WHICH ARE PUBLICLY HELD.

DATE:  March 25, 2004                    _____
                                         OLEG RIVKIN (OR 1331)